**Electronically Filed
Supreme Court
SCPW-21-0000651
27-DEC-2021
11:19 AM
Dkt. 10 ODDP**

SCPW-21-0000651

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

JANIS B. GRIFFIN, Petitioner,

vs.

THE HONORABLE BRIAN COSTA,
Judge of the Family Court of the First Circuit,
State of Hawaiʻi, Respondent Judge.

_____

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITIONS FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Janis B. Griffin's petitions for writ of mandamus, and the attached supporting documents, petitioner fails to demonstrate a clear and indisputable right to relief from this court and has alternative means to seek relief, including seeking relief as directed by the family court.  At this juncture, petitioner presents no basis for this court's intervention through the issuance of an extraordinary writ.  <u>See</u> <u>Kema v. Gaddis</u>, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner

demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; such a writ is meant to restrain a judge of an inferior court who has exceeded his or her jurisdiction, has committed a flagrant and manifest abuse of discretion, or has refused to act on a subject properly before the court under circumstances in which he or she has a legal duty to act).  Accordingly,

It is ordered that the petitions for writ of mandamus are denied.

DATED: Honolulu, Hawaiʻi, December 27, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

